JAMETHA LEANN NIX
135 STEVENS ST.
PETAL, MS 39465

PANTHER CREDIT
134 S MAIN ST.
PETAL, MS 39465

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

SCRMC
1220 JEFFERSON ST
LAUREL, MS 39440

ADVANCE AMERICA
3901 HARDY ST
HATTIESBURG, MS 39402

SOCIAL SECURITY ADMINI
OFFICE OF GENERAL COUN
ATTN: BANKRUPTCY
640 SECURITY BLVD
BALTIMORE, MD 21235

CAPITAL ONE
P.O. BOX 60599
CITY OF INDUS, CA 91716-05

SOCIAL SECURITY ADMINI
C/O U.S. ATTORNEY
501 E. COURT ST
STE 4.430
JACKSON, MS 39201

COMENITY BANK/BUCKLE
ATTN: BANKRUPTCY
P.O.BOX 182273
COLUMBUS, OH 43218

SUNBELT FCU
ATTN: BANKRUPTCY
6885 US HWY 49
HATTIESBURG, MS 39402

COMENITY CAPITAL
ATTN: BANKRUPTCY
PO BOX 183003
COLUMBUS, OH 43218

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

COMMUNITY CHOICE
2902 HARDY ST
STE 100
HATTIESBURG, MS 39401

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

COVINGTON CREDIT
ATTN: BANKRUPTCY
P.O.BOX 1947
GREENVILLE, SC 29602

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

MS TITLE LOAN
211 BROADWAY DR
HATTIESBURG, MS 39401

VERIZON WIRELESS
ATTN: BANKRUPTCY
P.O.BOX 408
NEWARK, NJ 07101