# Proceeding Minutes / Proceeding Memo

**Case #:** 26-51073 **Case Name:** Jametha Leann Nix
**Set:** 09/22/2026 01:30 pm **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson
**matter** Confirmation Hearing

---

Minute Entry Re: (related document(s): [9] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)