United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-51073-KMS
Jametha Leann Nix Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: admin Page 1 of 3
Date Rcvd: Sep 17, 2026 Form ID: n032 Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jametha Leann Nix, 135 Stevens St., Petal, MS 39465-2107 |
| 5702710 | + | CCF of Mississippi, LLC, 2312 E Trinity Mills Road, Ste 100, Carrollton, TX 75006-1955 |
| 5692600 | + | Community Choice, 2902 Hardy St, Ste 100, Hattiesburg, MS 39401-7031 |
| 5699858 | + | Harbor Loans of Petal, 100 EASTBROOK DRIVE #40, PETAL MS 39465-6008 |
| 5692602 | + | MS Title Loan, 211 Broadway Dr, Hattiesburg, MS 39401-5075 |
| 5692604 | + | SCRMC, 1220 Jefferson St, Laurel, MS 39440-4355 |
| 5714092 | + | South Central Clinics, 1220 Jefferson Street, Laurel, MS 39440-4355 |
| 5714089 | + | South Central Regional Medical Center, 1220 Jefferson Street, Laurel, MS 39440-4374 |
| 5692607 | | Sunbelt FCU, Attn: Bankruptcy, 6885 Us Hwy 49, Hattiesburg, MS 39402 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5692596 | + | Email/Text: bnc@teampurpose.com | Sep 17 2026 19:30:00 | Advance America, 3901 Hardy St, Hattiesburg, MS 39402-1636 |
| 5714098 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2026 19:37:02 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5692597 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 17 2026 19:37:01 | Capital One, P.O. Box 60599, City of Indus, CA 91716-0599 |
| 5692598 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 17 2026 19:29:00 | Comenity Bank/Buckle, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 5692599 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 17 2026 19:29:00 | Comenity Capital, Attn: Bankruptcy, Po Box 183003, Columbus, OH 43218-3003 |
| 5692601 | + | Email/Text: bankruptcy@curo.com | Sep 17 2026 19:30:00 | Covington credit, Attn: Bankruptcy, P.O.Box 1947, Greenville, SC 29602-1947 |
| 5705252 | + | Email/Text: bankruptcycourt@towerloan.com | Sep 17 2026 19:29:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5718902 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 17 2026 19:37:08 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5692603 | + | Email/Text: stephenbinning@ymail.com | Sep 17 2026 19:30:00 | Panther Credit, 134 S Main St., Petal, MS 39465-2332 |
| 5717674 | | Email/Text: bnc-quantum@quantum3group.com | Sep 17 2026 19:29:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5717735 | | Email/Text: bnc-quantum@quantum3group.com | Sep 17 2026 19:29:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5717918 | | Email/Text: bnc-quantum@quantum3group.com | Sep 17 2026 19:29:00 | Quantum3 Group LLC as agent for, Heights Finance Holding CO, PO Box 788, Kirkland, WA |

| | | | | |
|---|---|---|---|---|
| | | | | 98083-0788 |
| 5707923 | + | Email/Text: bncmail@w-legal.com | Sep 17 2026 19:29:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5692606 | + | Email/Text: ebone.woods@usdoj.gov | Sep 17 2026 19:30:00 | Social Security Admini, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5692605 | + | Email/Text: ssa.bankruptcy@ssa.gov | Sep 17 2026 19:29:00 | Social Security Admini, Office of General Coun, Attn: Bankruptcy, 640 Security Blvd, Baltimore, MD 21235-0001 |
| 5702229 | + | Email/Text: member.solutions@sunbeltfcu.org | Sep 17 2026 19:29:00 | Sunbelt Federal Credit Union, 6885 US Highway 49 #3, Hattiesburg MS 39402-7807 |
| 5720842 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 17 2026 19:37:02 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5692608 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 17 2026 19:37:05 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5692609 | | Email/Text: bankruptcycourt@towerloan.com | Sep 17 2026 19:29:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5692610 | ^ | MEBN | Sep 17 2026 19:28:42 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5715208 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 17 2026 19:37:05 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5692611 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 17 2026 19:29:00 | Verizon Wireless, Attn: Bankruptcy, P.O.Box 408, Newark, NJ 07101-0408 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | |

| | |
|---|---|
| | on behalf of Debtor Jametha Leann Nix trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

**Case No.:** 26−51073−KMS
**Chapter:** 13

**In re:**

Jametha Leann Nix
135 Stevens St.
Petal, MS 39465

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 9/17/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: September 17, 2026

Danny L. Miller, Clerk of Court